UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-20778-CV-WILLIAMS

PAMELA LARRY,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Eduardo I. Sanchez's Report and Recommendation on Plaintiff's Unopposed Motion for Attorney Fees Under the Equal Access to Justice Act (DE 26) ("***Report***"). In the Report, Judge Sanchez recommends that the Court grant Plaintiff's Unopposed Motion for Attorney Fees Under the Equal Access to Justice Act (DE 24) ("***Motion***"). (*Id.* at 1.) Neither Party filed objections to the Report and the time to do so has passed.

Upon an independent review of the Report, the record, and applicable law, the Court agrees with Judge Sanchez's well-reasoned analysis and conclusion that Plaintiff's Motion be granted. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 26) is **AFFIRMED AND ADOPTED**.
2. Plaintiff's Motion (DE 24) is **GRANTED**.

3. Plaintiff shall be awarded fees in the amount of **$7,635.88**, payable to her attorney, subject to reduction by the amount of any debt that Plaintiff may owe the United States.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>5th</u> day of July, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE